STATE v. MILLER

No. 99P96

Case below: 121 N.C.App. 625

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

STATE v. MOORE

No. 245P96

Case below: 122 N.C.App. 576

Petition by Attorney General for writ of supersedeas denied 30 July 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

STATE v. POPE

No. 182P96

Case below: 122 N.C.App. 89

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

STATE v. RAINEY

No. 269P96

Case below: 122 N.C.App. 580

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

STATE v. SHERRON

No. 260P96

Case below: 122 N.C.App. 400

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 30 July 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.